IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Alfredo Maldonado, #31139-007, ) | C/A NO. 3:11-878-CMC-JRM |
| Petitioner, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| M.M. Mitchel, Warden; Issac Fullwood, ) | |
| Respondents. ) | |

Petitioner, proceeding *pro se*, filed this action in this court on April 26, 2011. By Order filed May 12, 2011, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Petitioner was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. The time to bring this case into proper form now has lapsed.

Petitioner has failed to provide the necessary information and therefore has failed to comply with an order of this court. This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 13, 2012

1